## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HISPANIC NATIONAL LAW ENFORCEMENT ASSOCIATION NCR, *et al*. | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. TDC-18-3821 |
| PRINCE GEORGE'S COUNTY, *et al.,* | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*     \*     \*     \*     \*     \*          \*     \*     \*     \*     \*     \*

## DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR AN EXTENSION OF TIME

Pursuant to this Court's January 2, 2019 Order (ECF 10) and the Case Management Order (ECF 4), Defendants Prince George's County, Henry P. Stawinski, III, Individually and in His Official Capacity as Chief of Police, Mark A. Magaw, Individually and in His Official Capacity as Deputy Chief Administrative Officer for Public Safety, Christopher Murtha, Individually and in His Official Capacity as Deputy Chief of Police, and Major Kathleen Mills, Individually and in Her Official Capacity as Commander (collectively "Defendants"), submit this Reply in Support of their Motion for an Extension of Time.  On January 3, 2019, Plaintiffs filed a Notice of Partial Consent to Defendant's Motion and attached a proposed Order that states "Defendants shall have until February 6, 2019 to **file an answer** to Plaintiffs' Complaint."  (ECF 15-1) (emphasis added). Plaintiffs' proposed Order could be read to preclude Defendants from filing a motion, or motions, consistent with this Court's Case Management Order.   Accordingly, Defendants respectfully request that this Court enter the proposed Order submitted with Defendants' Motion on December 28, 2018, (ECF 9-1).

1

Dated: January 4, 2019                          Respectfully submitted,


                                               _____*/s/ Christine E. White*_____

 Robert G. Ames, Bar No. 03372                 Kurt J. Fischer, Bar No. 03300
Venable LLP 600 Massachusetts Ave., N.W.        Venable LLP
Washington, D.C. 20001                          210 W. Pennsylvania Avenue
Tel.: (202) 344-4000                            Suite 500
Fax: (202) 344-8300                             Towson, Maryland 21204
rgames@venable.com                              Tel: (410) 494-6200
                                                Fax: (410) 821-0147
                                                kjfischer@venable.com

                                                Kenneth L. Thompson, Bar No. 003630
                                                Todd J. Horn, Bar No. 06849
                                                Christine E. White, Bar No. 19185
                                                Venable LLP
                                                750 E. Pratt Street
                                                Suite 900
                                                Baltimore, MD 21202
                                                Tel.: (410) 244-7400
                                                Fax: (410) 244-7742
                                                klthompson@venable.com
                                                tjhorn@venable.com
                                                cewhite@venable.com

                                                *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this January 4, 2019, a copy of the foregoing Defendants' Reply

in Support of Motion for an Extension of Time was served via the Court's CM/ECF system on:

Dennis A Corkery
Washington Lawyers Cmte for Civil Rights and Urban Affairs
11 Dupont Cir NW Ste 400
Washington, DC 20036
12023191000
Fax: 12023191010
dennis_corkery@washlaw.org

Deborah A Jeon
American Civil Liberties Union of Maryland Foundation
3600 Clipper Mill Rd Ste 350
Baltimore, MD 21211
14108898555
Fax: 14103667838
jeon@aclu-md.org

John Arak Freedman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202-942-5316
Fax: 202-942-5999
John.Freedman@arnoldporter.com

_____/s/_____
Christine E. White