**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| HISPANIC NATIONAL LAW ENFORCEMENT ASSOCIATION NCR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRINCE GEORGE'S COUNTY, *et al.*, <br><br> Defendants. | Civil Action No. 8:18-cv-03821 <br><br> Hon. Theodore D. Chuang |

## NOTICE OF FED. R. CIV. P. 41(a)(1) VOLUNTARY DISMISSAL OF PLAINTIFF THOMAS WALL'S CLAIMS AGAINST DEFENDANTS

Plaintiffs, by their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismiss, without prejudice, Plaintiff Thomas Wall's claims against all Defendants in the above-captioned action.

Dated: October 1, 2019

Respectfully submitted,

| | |
|---|---|
| Dennis A. Corkery (D. Md. Bar No. 19076)<br>WASHINGTON LAWYERS'<br>COMMITTEE FOR CIVIL RIGHTS AND<br>URBAN AFFAIRS<br>11 Dupont Circle, Suite 400<br>Washington, DC 20036<br>(202) 319-1000<br>dennis_corkery@washlaw.org<br><br>Deborah A. Jeon (D. Md. Bar No. 06905)<br>ACLU OF MARYLAND<br>3600 Clipper Mill Road, Suite 350<br>Baltimore, MD 21211<br>(410) 889-8555<br>jeon@aclu-md.org | /s/ *John A. Freedman*<br>John A. Freedman (D. Md. Bar No. 20276)<br>Peter T. Grossi, Jr. (admitted *pro hac vice*)<br>Adam M. Pergament (admitted *pro hac vice*)<br>Titilayo S. Rasaki (admitted *pro hac vice*)<br>Mei-Wah Lee (admitted *pro hac vice*)<br>Matthew H. Horton (admitted *pro hac vice*)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW Washington, DC 20001-3743<br>John.Freedman@arnoldporter.com<br>Peter.Grossi@arnoldporter.com<br>Adam.Pergament@arnoldporter.com<br>Titilayo.Rasaki@arnoldporter.com<br>Mei-Wah.Lee@arnoldporter.com<br>Matthew.Horton@arnoldporter.com<br><br>*Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2019, a copy of the foregoing was served via the Court's CM/ECF system on all counsel of record.

*/s/ John A. Freedman*
John A. Freedman