February 18, 2020

**VIA ECF**

The Honorable Theodore D. Chuang
United States District Court
District of Maryland
6500 Cherrywood Lane, Suite 245A
Greenbelt, MD 20770

    Re:    *HNLEA, et al. v. Prince George's County., et al.*, No. 8-18-CV-03821

Dear Judge Chuang:

    Pursuant to the Court's December 13, 2018 Case Management Order, Plaintiffs file this Notice of Intent (i) to file a motion to amend the scheduling order to set new deadlines for fact discovery, expert disclosures, and dispositive motions , and (ii) for leave to serve written discovery. ECF 4 II.A.2. Plaintiffs request a pre-motion conference at the Court's earliest convenience to discuss these matters. ECF 4 II.A.1.

    1. *Motion to Amend the Scheduling Order*: At the December 18, 2019 status conference, the Parties discussed extensively the need to extend the discovery schedule. ECF 122 Tr. 32-46. In accordance with the Court's direction, the Parties exchanged proposals, met and conferred on these issues on February 7, and ultimately submitted competing scheduling proposals later that day. ECF No. 125 & 127.

    Although the Parties' competing proposals remain pending before the Court, Plaintiffs now submit this Notice of Intent because this matter is of some urgency. Defendants have recently cited the non-extension of the fact discovery cutoff (i) as a basis for objecting wholesale and refusing to provide any written responses to written discovery Plaintiffs served in January, and (ii) to make impossible scheduling any deposition dates for the witnesses Plaintiffs requested in January.

    For the reasons cited in Plaintiffs' February 7 submission (ECF 127), Plaintiffs request entry of the following schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of fact discovery; Submission of Post-Discovery Joint Status Report | February 7, 2020 | April 22, 2020 |
| Requests for Admission | February 14, 2020 | April 29, 2020 |
| Plaintiffs' Rule 26(a)(2) expert disclosures | February 21, 2020 | May 13, 2020 |

Judge Theodore D. Chuang
February 18, 2020
Page 2

| | | |
|---|---|---|
| Defendants' Rule 26(a)(2) expert disclosures | March 19, 2020 | June 10, 2020 |
| Plaintiffs' rebuttal Rule 26(a)(2) expert disclosure | April 3, 2020 | June 25, 2020 |
| Rule 26€(2) supplementation of disclosures and repsonses | April 10, 2020 | July 2, 2020 |
| Notice of Intent to File a Pretrial Dispositive Motion | April 17, 2020 | July 13, 2020 |

      If the Court denies the request to extend the discovery deadline, Plaitniffs request a two week extension to the deadline for Plaintiffs to file Rule 26(a)(2) disclosures.

      2. *Motion for Leave to Serve Written Discovery*: Plaintiffs have a discrete set of additional discovery requests that are ready to serve if and when the fact discovery deadline is extended. These requests are within the limits on the quantity of written discovery set under Federal Rule 33 and Local Rule 104.1.

      As noted above, Defendants have taken the position that they are under no obligation to provide responses to written discovery requests. Plaintiffs request leave from the Court before serving these request.

\*   \*   \*

      Plaintiffs are prepared to discuss these matters at the Court's earliest convenience.

US 167393092v1

Judge Theodore D. Chuang
February 18, 2020
Page 3

Dated: February 18, 2020

Respectfully submitted,

  /s/ John A. Freedman

| | |
|---|---|
| Dennis A. Corkery (D. Md. Bar No. 19076) | John A. Freedman (D. Md. Bar No. 20276) |
| Joanna Wasik (D. Md. Bar No. 21063) | Peter T. Grossi, Jr. (admitted *pro hac vice*) |
| WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS | Adam M. Pergament (admitted *pro hac vice*) |
| | Mei-Wah Lee (admitted *pro hac vice*) |
| 700 14th St., Suite 400 | Danait Mengist (admitted *pro hac vice*) |
| Washington, DC 20036 | ARNOLD & PORTER KAYE SCHOLER LLP |
| (202) 319-1000 | 601 Massachusetts Ave., NW Washington, DC 20001-3743 |
| dennis_corkery@washlaw.org | John.Freedman@arnoldporter.com |
| joanna_wasik@washlaw.org | Peter.Grossi@arnoldporter.com |
| | Adam.Pergament@arnoldporter.com |
| Deborah A. Jeon (D. Md. Bar No. 06905) | Mei-Wah.Lee@arnoldporter.com |
| ACLU OF MARYLAND | Danait.Mengist@arnoldporter.com |
| 3600 Clipper Mill Road, Suite 350 | |
| Baltimore, MD 21211 | |
| (410) 889-8555 | |
| jeon@aclu-md.org | *Counsel for Plaintiffs* |