IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| HISPANIC NATIONAL LAW ENFORCEMENT ASSOCIATION NCR, *et al*., <br><br>   Plaintiffs, <br><br>   v. <br><br> PRINCE GEORGE'S COUNTY, MARYLAND, *et al.* <br><br>   Defendants. | Case No. 18-cv-03821 TDC <br><br> Hon. Theodore D. Chuang |

### NOTICE OF FED. R. CIV. P. 41(a) VOLUNTARY DISMISSAL OF PLAINTIFF CLARENCE RUCKER'S CLAIMS AGAINST DEFENDANTS

Plaintiffs, by their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismiss, without prejudice, Plaintiff Clarence Rucker's claims against all Defendants in the above-captioned action.

Dated: June 4, 2020            Respectfully submitted,

| | |
|---|---|
| */s/ Joanna Wasik*___ | John A. Freedman (D. Md. Bar No. 20276) |
| Dennis A. Corkery (D. Md. Bar No. 19076) | Peter T. Grossi, Jr. (admitted *pro hac vice*) |
| Joanna Wasik (D. Md. Bar No. 21063) | Adam M. Pergament (admitted *pro hac vice*) |
| WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS | Mei-Wah Lee (admitted *pro hac vice*) |
| | Danait Mengist (admitted *pro hac vice*) |
| 700 14th St., Suite 400 | ARNOLD & PORTER KAYE SCHOLER LLP |
| Washington, DC 20036 | 601 Massachusetts Ave., NW Washington, DC 20001-3743 |
| (202) 319-1000 | |
| dennis_corkery@washlaw.org | John.Freedman@arnoldporter.com |
| joanna_wasik@washlaw.org | Peter.Grossi@arnoldporter.com |
| | Adam.Pergament@arnoldporter.com |
| Deborah A. Jeon (D. Md. Bar No. 06905) | Mei-Wah.Lee@arnoldporter.com |
| ACLU OF MARYLAND | Danait.Mengist@arnoldporter.com |
| 3600 Clipper Mill Road, Suite 350 | |
| Baltimore, MD 21211 | |
| (410) 889-8555 | |
| jeon@aclu-md.org | |
| | *Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2020, a copy of the foregoing was served via the Court's CM/ECF system on all counsel of record.

*/s/ Joanna K. Wasik*
Joanna Karolina Wasik
