# EXHIBIT 1

| | |
|---|---|
| **From:** | Pergament, Adam <Adam.Pergament@arnoldporter.com> |
| **Sent:** | Wednesday, June 17, 2020 10:54 PM |
| **To:** | Sullivan, Courtney A.; Grossi, Peter T. |
| **Cc:** | Alsip, Matthew R.; Stocks-Smith, Lauren R.; Thompson, Craig A.; Freedman, John A.; Dennis_Corkery@washlaw.org; jeon@aclu-md.org; joanna_wasik@washlaw.org |
| **Subject:** | RE: Rucker Dismissal |

**Caution: External Email**

Courtney:

We (Arnold & Porter, Washington Lawyer's Committee, and ACLU of Maryland) no longer represent Mr. Rucker. If you proceed with your filing, we expect that you will so advise the Court and that you will serve Mr. Rucker personally with any correspondence affecting his claim. Thank you.

---

**From:** Sullivan, Courtney A. <CASullivan@Venable.com>
**Sent:** Wednesday, June 17, 2020 3:06 PM
**To:** Pergament, Adam <Adam.Pergament@arnoldporter.com>; Grossi, Peter T. <Peter.Grossi@arnoldporter.com>
**Cc:** zzz.External.mralsip@venable.com <mralsip@venable.com>; Stocks-Smith, Lauren R. <LRStocks-Smith@Venable.com>; Thompson, Craig A. <CAThompson@Venable.com>
**Subject:** Rucker Dismissal

External E-mail

Hi Adam. I received no response to my email to you on Monday (attached) about the improper Notice of Dismissal filed by Plaintiff Rucker. Please advise as to whether or not you will seek to re-enter that Notice as a Motion for Voluntary Dismissal. If I don't hear from you by noon tomorrow, we will provide the Court with a letter of our intent to file a Motion to Vacate and dismiss Rucker's claims with prejudice.

Thanks much,
Courtney

**Courtney A. Sullivan, Esq.** | **Venable LLP**
**t** 202.344.4043 | **f** 202.344.8300 | **m** 202.320.4040
600 Massachusetts Avenue, NW, Washington, DC 20001

CASullivan@Venable.com | www.Venable.com

************************************************************************
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply
transmission and delete the message without copying or disclosing it.
************************************************************************

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com