**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| HISPANIC NATIONAL LAW ENFORCEMENT ASSOCIATION NCR, *et al.,* | |
| *Plaintiffs,* | Civil Action No. 8:18-cv-03821 |
| v. | Hon. Theodore D. Chuang |
| PRINCE GEORGE'S COUNTY, *et al.,* | |
| *Defendants.* | |
| and | |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, PRINCE GEORGE'S COUNTY, *et al.,* *Movant- Intervenors* | |

**MOVANT-INTERVENORS' MOTION TO INTERVENE AND ACCESS COURT RECORDS**

Pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 24(b), the National Association for the Advancement of Colored People, Prince George's County Branch; the Greater D.C. Chapter of the National Action Network; Community Justice; and the Independent World Television, Inc., also known as "The Real News Network" (collectively "Movant-Intervenors"), by and through their undersigned counsel, respectfully request that this Court grant their intervention in the above captioned case and grant Movant-Intervenors access to a complete version of the Preliminary Expert Report of Michael Graham (ECF 162) (the "Graham Report") and the more than 100 exhibits filed under seal (ECF 169 & 171-176) that accompany the Graham Report. The grounds for this motion are fully set forth in the accompanying

memorandum of points and authorities. A proposed order is also submitted.


July 21, 2020                          Respectfully submitted,

                                       /s/ *Tyler O'Connor*
                                       Tyler O'Connor (Bar No. 21188)
                                       Anuj Vohra
                                       Nkechi Kanu
                                       Tyler O'Connor
                                       Crowell & Moring LLP
                                       1001 Pennsylvania Avenue, NW
                                       Washington, DC 20004
                                       Telephone: (202) 624-2500
                                       Fax:  (202) 628-5116
                                       toconnor@crowell.com
                                       avohra@crowell.com
                                       nkanu@crowell.com

                                       ***Attorneys for Movant-Intervenors***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Motion to Intervene and

Access Court Records has been served via the CM/ECF electronic filing system on this 21st day

of July, 2020, upon all parties of record:


By: <u>/s/ *Tyler O'Connor*</u>
Tyler O'Connor