## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| HISPANIC NATIONAL LAW ENFORCEMENT ASSOCIATION NCR, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>PRINCE GEORGE'S COUNTY, *et al.*,<br><br>        Defendants. | Civil Action No. 8:18-cv-03821<br><br>Hon. Theodore D. Chuang |

### **PLAINTIFFS' RESPONSE TO DEFENDANTS' INTERIM SEALING MOTION**

In response to the Defendants' Interim Sealing Motion (ECF 195), Plaintiffs take no position on whether the unredacted versions of Defendants' Reply to Opposition to Motion in Limine and for Appropriate Relief and Exhibit 1 thereto and the entirety of Exhibits 1B through 1J thereto, should remain under seal.

Dated: July 31, 2020

Respectfully submitted,

  /s/ John A. Freedman

| | |
|---|---|
| Dennis A. Corkery (D. Md. Bar No. 19076) | John A. Freedman (D. Md. Bar No. 20276) |
| Joanna Wasik (D. Md. Bar No. 21063) | Peter T. Grossi, Jr. (admitted *pro hac vice*) |
| WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS | Adam M. Pergament (admitted *pro hac vice*) |
| | Mei-Wah Lee (admitted *pro hac vice*) |
| 700 14th St., Suite 400 | Danait Mengist (admitted *pro hac vice*) |
| Washington, DC 20036 | ARNOLD & PORTER KAYE SCHOLER LLP |
| (202) 319-1000 | 601 Massachusetts Ave., NW Washington, DC 20001-3743 |
| dennis_corkery@washlaw.org | John.Freedman@arnoldporter.com |
| joanna_wasik@washlaw.org | Peter.Grossi@arnoldporter.com |
| | Adam.Pergament@arnoldporter.com |
| Deborah A. Jeon (D. Md. Bar No. 06905) | Mei-Wah.Lee@arnoldporter.com |
| ACLU OF MARYLAND | Danait.Mengist@arnoldporter.com |
| 3600 Clipper Mill Road, Suite 350 | |
| Baltimore, MD 21211 | |
| (410) 889-8555 | |
| jeon@aclu-md.org | |

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July 31, 2020, a copy of the foregoing Plaintiffs' Response to Defendants' Interim Sealing Motion was served via the Court's CM/ECF system on all counsel of record.

                                                     _/s/ Adam Pergament_____
                                                     Adam Pergament