July 29, 2020

**VIA EMAIL AND ECF**

The Honorable Charles B. Day
United States District Court for the District of Maryland
Greenbelt, MD 20770

Re:   *HNLEA et al. v. Prince George's County et al*, Civil Action No. 18-cv-3821

Dear Judge Day:

At Tuesday's conference, you ruled that "[i]n large measure, the Court adopted the proposed discovery schedule as offered by Plaintiffs. In light of the rulings made, Plaintiffs will submit a proposed Scheduling Order after giving Defendants an opportunity to review. Plaintiffs are also required to provide notice to Defendants of any proposed mental health/emotional damages experts no later than August 3, 2020." ECF 216.

Plaintiffs drafted a scheduling order and provided it to Defendants yesterday. Defendants responded and have proposed a change in Paragraph 2 that is inconsistent with your comments and order concerning the August 3 notice that Plaintiffs must provide to Defendants. Defendants have submitted broader language which arguably requires Plaintiffs to re-notify them of treating doctors (who have been known to the Defendants for months and whose records they have long had). And Defendants have suggested that the Court may want to revisit the issue on August 5.

Plaintiffs disagree. Plaintiffs' draft quotes the exact language of your paperless order, *see* ECF 216 (cited above), and notified Defendants of the same. We respectfully submit our draft which uses the language in ECF No. 216 is correct and should not be re-argued.

Respectfully submitted,

/s/ John A. Freedman_____

| | |
|---|---|
| Dennis A. Corkery (D. Md. No. 19076) | John A. Freedman (D. Md. No. 20276) |
| Joanna Wasik (D. Md. No. 21063) | Adam M. Pergament (admitted *pro hac vice*) |
| WASHINGTON LAWYERS' | Mei Wah Lee (admitted *pro hac vice*) |
| COMMITTEE FOR CIVIL RIGHTS AND | Preston Smith (D. Md. Bar No. 21232) |
| URBAN AFFAIRS | ARNOLD & PORTER KAYE SCHOLER LLP |
| 700 14th Street NW, Suite 400 | 601 Massachusetts Ave., NW Washington, DC |
| Washington, DC 20005 | 20001-3743 |
| (202) 319-1000 | John.Freedman@arnoldporter.com |
| dennis_corkery@washlaw.org | Adam.Pergament@arnoldporter.com |
| | Mei-Wah.Lee@arnoldporter.com |
| Deborah A. Jeon (D. Md. No. 06905) | Preston.Smith@arnoldporter.com |
| ACLU OF MARYLAND | |
| 3600 Clipper Mill Road, Suite 350 | *Counsel for Plaintiffs* |
| Baltimore, MD 21211 | |
| (410) 889-8555 | |
| jeon@aclu-md.org | |

1