UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| HISPANIC NATIONAL LAW ENFORCEMENT ASSOCIATION NCR, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>PRINCE GEORGE'S COUNTY, *et al.*,<br><br>    Defendants. | Civil Action No. 8:18-cv-03821<br><br>Hon. Theodore D. Chuang |

**PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANTS' MOTION TO LIMIT THE NUMBER OF DISCRIMINATORY ACTS THAT MAY BE CONSIDERED AT TRIAL**

Pursuant to the discussion at the August 19, 2020 Case Management Conference (ECF 243), Plaintiffs hereby submit additional materials in support of Plaintiffs' Response (ECF 161) to Defendants' Motion In Limine (ECF 134). This includes the August 28, 2020 Report of Michael Graham (Exhibit 168), the August 28, 2020 Reports of Marc Simon (Exhibits 169 & 170), and certain other exhibits that support Plaintiffs' Response (Exhibits 171-179).

Pursuant to Plaintiffs' June 18, 2020 Interim Sealing Motion (ECF 179), Plaintiffs are filing unredacted versions of Exhibits 168 and 179 and Exhibits 171-178 under seal in accord with Defendants' designation of these materials as "CONFINDETIAL" under the July 1, 2019 Order (ECF 72).

1

Dated: September 10, 2020

Respectfully submitted,

_/s/ John A. Freedman_____

| | |
|---|---|
| Dennis A. Corkery (D. Md. Bar No. 19076) | John A. Freedman (D. Md. Bar No. 20276) |
| Joanna Wasik (D. Md. Bar No. 21063) | Peter T. Grossi, Jr. (admitted *pro hac vice*) |
| WASHINGTON LAWYERS'  COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS | ARNOLD & PORTER KAYE SCHOLER LLP |
| 700 14th Street , NW, Suite 400 | 601 Massachusetts Ave., NW Washington, DC 20001-3743 |
| Washington, DC 20036 | John.Freedman@arnoldporter.com |
| (202) 319-1000 | Peter.Grossi@arnoldporter.com |
| dennis_corkery@washlaw.org | |
| Joanna_wasik@washlaw.org | |

Deborah A. Jeon (D. Md. Bar No. 06905)
ACLU OF MARYLAND
3600 Clipper Mill Road, Suite 350
Baltimore, MD 21211
(410) 889-8555
jeon@aclu-md.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this September 10, 2020, a copy of the foregoing was served via the courts ECF system on all counsel of record.

_/s/ *John A Freedman*_
John Freedman

3