UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | |
|---|---|
| **HISPANIC NATIONAL LAW ENFORCEMENT ASSOCIATION NCR,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **PRINCE GEORGE'S COUNTY,** *et al.*, <br><br> *Defendants*. | Case No. 8:18-cv-03821-TDC |

## MOTION OF THE PRINCE GEORGE'S COUNTY OFFICE OF THE PUBLIC DEFENDER TO INTERVENE AND UNSEAL

Proposed Intervenor Prince George's County Office of the Public Defender moves for leave to intervene in this action under Federal Rule of Civil Procedure 24(b). Specifically, the Office of the Public Defender seeks to intervene for the limited purpose of moving to unseal all briefs and exhibits filed in connection with Defendants' motion in limine (ECF No. 134). The accompanying memorandum of points and authorities sets forth the grounds for both the Office's motion to intervene and its motion to unseal. A copy of a proposed order is also attached.

Plaintiffs have consented to this motion; Defendants have indicated that they oppose the motion.

                                           Respectfully submitted,

Dated:  September 18, 2020

                                           */s/ Nicolas Y. Riley*
NICOLAS Y. RILEY*
(Bar No. 810809)
JONATHAN L. BACKER
(Bar No. 20000)
   *Institute for Constitutional Advocacy &*
     *Protection*
   *Georgetown University Law Center*
   *600 New Jersey Avenue N.W.*
   *Washington, DC 20001*
   *(202) 662-4048*
   *nr537@georgetown.edu*
   *jb2845@georgetown.edu*

\*  Admitted *pro hac vice*.

*Counsel for Prince George's County Office of the Public Defender*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020, I electronically filed the foregoing motion with the Clerk of the U.S. District Court for the District of Maryland by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

*/s/ Nicolas Y. Riley*
NICOLAS Y. RILEY
*Counsel for Proposed Intervenor Prince George's*
*County Office of the Public Defender*

Case 8:18-cv-03821-TDC   Document 282   Filed 09/18/20   Page 4 of 4