UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

HISPANIC NATIONAL LAW
ENFORCEMENT ASSOCIATION NCR,
UNITED BLACK POLICE OFFICERS
ASSOCIATION,
MICHAEL ANIS,
MICHAEL BROWN,
THOMAS BOONE,
DANITA INGRAM,
PAUL MACK,
JOSEPH PEREZ,
TASHA OATIS,
CLARENCE RUCKER,
CHRIS SMITH,
RICHARD TORRES,
SONYA L. ZOLLICOFFER,
PATRICK MCCLAM,
SHARON CHAMBERS and
ADRIAN CRUDUP,

    Plaintiffs,

    v.

PRINCE GEORGE'S COUNTY,
HENRY P. STAWINSKI, III, *individually*,
MARK A. MAGAW, *individually*,
CHRISTOPHER MURTHA, *individually* and
MAJOR KATHLEEN MILLS, *individually*,

    Defendants.

Civil Action No. TDC-18-3821

**ORDER**

For the reasons stated on the record at the September 30, 2020 hearing, it is hereby ORDERED that:

1. The Defendants' Motion *in Limine* and for Appropriate Relief, ECF No. 134, is DENIED.

2. Plaintiffs are directed to identify which of the incidents at issue in Defendants' Motion *in Limine* they will not rely upon at trial no later than **Wednesday, October 21, 2020.** For each remaining incident, Plaintiffs are directed to identify the individual claim of discrimination or alleged custom or policy to which it relates, and whether they will offer affirmative evidence on the incident or will rely only on the information in the Graham Report. Plaintiffs are also directed to identify the extent to which the incident has already been the subject of discovery.

3. Defendants are directed to provide a response to Plaintiffs regarding this list, including identifying what additional discovery will be necessary, no later than **Wednesday, November 4, 2020.**

4. The parties are directed to submit a joint proposal regarding a schedule and a plan for any additional discovery that will be needed based on the incidents identified no later than **Wednesday, November 18, 2020.**

Date: September 30, 2020

THEODORE D. CHUANG
United States District Judge

2