# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| HISPANIC NATIONAL LAW ENFORCEMENT ASSOCIATION NCR, UNITED BLACK POLICE OFFICERS ASSOCIATION, MICHAEL ANIS, MICHAEL BROWN, THOMAS BOONE, PAUL MACK, JOSEPH PEREZ, TASHA OATIS, CLARENCE RUCKER, CHRIS SMITH, RICHARD TORRES, SONYA L. ZOLLICOFFER, PATRICK MCCLAM, SHARON CHAMBERS and ADRIAN CRUDUP, <br><br>    Plaintiffs, <br><br>v. <br><br>PRINCE GEORGE'S COUNTY, HENRY P. STAWINSKI, III, *individually*, MARK A. MAGAW, *individually*, CHRISTOPHER MURTHA, *individually*, and MAJOR KATHLEEN MILLS, *individually*, <br><br>    Defendants. | Civil Action No. TDC-18-3821 |

# ORDER

Having reviewed the parties' separate status reports on a proposed briefing schedule and page limits for Defendants' proposed Motion for Summary Judgment and Plaintiffs' proposed Cross Motion for Summary Judgment, it is hereby ORDERED that:

1. Defendants' Motion for Summary Judgment shall be filed 14 days after the close of discovery.

2. After the filing of Defendants' Motion, Plaintiffs shall file their Cross Motion for Summary Judgment and Opposition to Defendants' Motion within 30 days.

3. After the filing of Plaintiffs' brief, Defendants shall file their Opposition to the Cross Motion and reply brief on Defendants' Motion within 30 days.

4. After the filing of Defendants' brief, Plaintiffs shall file their reply brief on Plaintiffs' Cross Motion within 15 days.

5. Plaintiffs and Defendants shall each be limited to a combined total of 100 pages for their two briefs on the Motions.

Date: February 16, 2021

THEODORE D. CHUANG
United States District Judge