IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| HISPANIC NATIONAL LAW ENFORCEMENT ASSOCIATION NCR, et al., Plaintiffs, v. PRINCE GEORGE'S COUNTY, et al., Defendants. | Civil Action No. 8:18-cv-03821 Hon. Theodore D. Chuang |

**DEFENDANTS' NOTICE OF RE-FILING MATERIALS PURSUANT TO THE COURT'S FEBRUARY 10, 2021 MEMORANDUM OPINION AND ORDER**

Pursuant to this Court's Memorandum Opinion and Order of February 10, 2021 [ECF Nos. 422 & 423] as well as oral directives given by Judge Chuang at the February 18 and March 3 case management conferences, Defendants hereby re-file the following documents previously filed under seal:

- Exhibit 1 to Defendants' September 29, 2020 Correspondence [previously filed at ECF No. 295-1];
- Exhibit 2 to Defendants' September 29, 2020 Correspondence [previously filed at ECF No. 295-2];
- Exhibit 1 to Defendants' October 26, 2020 Correspondence [previously filed at ECF No. 328-1];
- Exhibit 2 to Defendants' October 26, 2020 Correspondence [previously filed at ECF No. 328-2];

Certain of the above-listed documents remain redacted in part and were filed herewith in accordance with this Court's guidance in the February 10, 2021 Memorandum Opinion and Order.

Pursuant to this Court's Order, unredacted versions of those documents (with the redacted information visible and marked) are being filed separately and under seal for the Court's review.

Dated:  March 5, 2021                                              Respectfully submitted,

                                                                                         _/s/ Christine C. Carey_

| | |
|---|---|
| Robert G. Ames, Bar No. 03372 | Kurt J. Fischer, Bar No. 03300 |
| Courtney Sullivan (admitted *pro hac vice*) | Matthew R. Alsip, Bar No. 28002 |
| Vincent E. Verrocchio, Bar No. 18407 | Christine C. Carey, Bar No. 29428 |
| Lauren Stocks-Smith, Bar No. 20784 | Venable LLP |
| Robin Lynn Stevenson Burroughs, Bar No.20507 | 210 W. Pennsylvania Avenue, Suite 500 |
| | Towson, Maryland 21204 |
| Karel Mazanec, Bar No. 20773 | Tel: (410) 494-6200 |
| Venable LLP | Fax: (410) 821-0147 |
| 600 Massachusetts Ave., N.W. | kjfischer@venable.com |
| Washington, D.C. 20001 | mralsip@venable.com |
| Tel.: (202) 344-4000 | ccarey@venable.com |
| Fax: (202) 344-8300 | |
| rgames@venable.com | Craig Thompson, Bar No. 26201 |
| casullivan@venable.com | Todd J. Horn, Bar No. 06849 |
| veverrocchio@venable.com | Christine E. White, Bar No. 19185 |
| lrstocks-smith@venable.com | William B. King, Bar No. 19643 |
| rsburroughs@venable.com | Venable LLP |
| kmazanec@venable.com | 750 E. Pratt Street, Suite 900 |
| | Baltimore, MD 21202 |
| Doreen Martin (admitted *pro hac vice*) | Tel.: (410) 244-7400 |
| Venable LLP | Fax: (410) 244-7742 |
| Rockefeller Center | klthompson@venable.com |
| 1270 Avenue of the Americas 24th Fl. | tjhorn@venable.com |
| New York, NY 10020 | cewhite@venable.com |
| Tel.: (212) 983-1179 | |
| Fax: (212) 307-5598 | |
| dsmartin@venable.com | |

                                                                     *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of March, 2021, a copy of the foregoing DEFENDANTS' NOTICE OF FILING MATERIALS PURSUANT TO THE COURT'S FEBRUARY 10, 2020 MEMORANDUM OPINION AND ORDER was served via the Court's CM/ECF system on all counsel of record.

       */s/ Christine C. Carey*
Christine C. Carey

#51619337/1