IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| HISPANIC NATIONAL LAW ENFORCEMENT ASSOCIATION NCR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRINCE GEORGE'S COUNTY, et al., <br><br> Defendants. | Civil Action No. 8:18-cv-03821 <br><br> Hon. Theodore D. Chuang |

**DEFENDANTS' UNOPPOSED INTERIM SEALING MOTION**

Pursuant to this Court's Memorandum Opinion and Order of February 10, 2021 [ECF Nos. 422 & 423] as well as oral directives given by Judge Chuang at the February 18 and March 3 case management conferences, Defendants have filed sealed versions of the documents filed by Defendants today "with the redacted material visible and marked for the Court's review" at ECF Nos. 469-1 through 469-4. Specifically, Defendants have filed sealed versions of the following:

- Exhibit 1 to Defendants' September 29, 2020 Correspondence [previously filed at ECF No. 295-1];

- Exhibit 2 to Defendants' September 29, 2020 Correspondence [previously filed at ECF No. 295-2];

- Exhibit 1 to Defendants' October 26, 2020 Correspondence [previously filed at ECF No. 328-1];

- Exhibit 2 to Defendants' October 26, 2020 Correspondence [previously filed at ECF No. 328-2];

Prior to filing, the parties held a meet and confer to discuss the redactions on March 1, attended the Court's case management conference addressing redaction issues generally on March 3, as well as engaged in subsequent email exchanges on March 3, 4, and 5.

WHEREFORE, Defendants respectfully request, and Plaintiffs do not oppose, that this Court enter an Order placing and keeping under seal the above-listed documents filed at ECF Nos. 469-1 through 469-4.

A proposed order is attached.

Dated:  March 5, 2021                                    Respectfully submitted,

   /s/ Christine C. Carey

| | |
|---|---|
| Robert G. Ames, Bar No. 03372 | Kurt J. Fischer, Bar No. 03300 |
| Courtney Sullivan (admitted *pro hac vice*) | Matthew R. Alsip, Bar No. 28002 |
| Vincent E. Verrocchio, Bar No. 18407 | Christine C. Carey, Bar No. 29428 |
| Lauren Stocks-Smith, Bar No. 20784 | Venable LLP |
| Robin Lynn Stevenson Burroughs, Bar No. 20507 | 210 W. Pennsylvania Avenue, Suite 500 |
| Karel Mazanec, Bar No. 20773 | Towson, Maryland 21204 |
| Venable LLP | Tel: (410) 494-6200 |
| 600 Massachusetts Ave., N.W. | Fax: (410) 821-0147 |
| Washington, D.C. 20001 | kjfischer@venable.com |
| Tel.: (202) 344-4000 | mralsip@venable.com |
| Fax: (202) 344-8300 | ccarey@venable.com |
| rgames@venable.com | |
| casullivan@venable.com | Craig Thompson, Bar No. 26201 |
| veverrocchio@venable.com | Todd J. Horn, Bar No. 06849 |
| lrstocks-smith@venable.com | Christine E. White, Bar No. 19185 |
| rsburroughs@venable.com | William B. King, Bar No. 19643 |
| kmazanec@venable.com | Venable LLP |
| | 750 E. Pratt Street, Suite 900 |
| Doreen Martin (admitted *pro hac vice*) | Baltimore, MD 21202 |
| Venable LLP | Tel.: (410) 244-7400 |
| Rockefeller Center | Fax: (410) 244-7742 |
| 1270 Avenue of the Americas 24th Fl. | klthompson@venable.com |
| New York, NY 10020 | tjhorn@venable.com |
| Tel.: (212) 983-1179 | cewhite@venable.com |
| Fax: (212) 307-5598 | |
| dsmartin@venable.com | |
| | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of March, 2021, a copy of the foregoing DEFENDANT'S UNOPPOSED INTERIM SEALING MOTION was served via the Court's CM/ECF system on all counsel of record.

                                                    */s/ Christine C. Carey*
                                                   Christine C. Carey

51619891/1