UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| HISPANIC NATIONAL LAW ENFORCEMENT ASSOCIATION NCR, UNITED BLACK POLICE OFFICERS ASSOCIATION, MICHAEL ANIS, MICHAEL BROWN, THOMAS BOONE, PAUL MACK, JOSEPH PEREZ, TASHA OATIS, CLARENCE RUCKER, CHRIS SMITH, RICHARD TORRES, SONYA L. ZOLLICOFFER, PATRICK MCCLAM, SHARON CHAMBERS and ADRIAN CRUDUP,<br><br>    Plaintiffs,<br><br>v.<br><br>PRINCE GEORGE'S COUNTY, HENRY P. STAWINSKI, III, *individually*, MARK A. MAGAW, *individually*, CHRISTOPHER MURTHA, *individually*, and MAJOR KATHLEEN MILLS, *individually*,<br><br>    Defendants. | Civil Action No. TDC-18-3821 |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendants' Motion to Strike All or Portions of Plaintiffs' Declarations, ECF No. 460, is DENIED.

2. Plaintiffs' Motion for a Preliminary Injunction Concerning Defendants' Discriminatory Promotions Policies, ECF No. 395, is GRANTED IN PART and DENIED IN PART, as set forth in the accompanying Preliminary Injunction.

3. Consistent with the Preliminary Injunction, the parties shall file a Joint Status Report identifying one or more proposed, agreed-upon independent experts within **14 days** of the date of this Order.

Date:  April 21, 2021

THEODORE D. CHUANG
United States District Judge